DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

C.T.V.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-252

_____

November 8, 2023

Appeal from the Circuit Court for Pinellas County; Christopher M. Labruzzo, Judge.

Howard L. Dimmig, II, Public Defender, and Maureen E. Surber, Assistant Public Defender, Bartow, for Appellant.

PER CURIAM.

Affirmed.

SLEET, C.J., and NORTHCUTT and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.